## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                               CHAPTER 13 NO.:

LONNIE P. WALKER
ARETHA R WALKER                                                                 14 – 02150 – NPO

**O R D E R**

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK #45); after notice and opportunity for hearing, and the Court being fully advised in the premises does hereby find and Order as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify, is well taken.

THAT, the Debtors' plan is hereby modified to make no further payments to JPMorgan Chase Bank, NA and that the Debtors are responsible for on-going mortgage payments directly to Rushmore Loan Management.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtednesses shall be discharged upon completion of this plan.

THAT, the Debtors' wage deduction order shall be amended accordingly.

##END OF ORDER##

SUBMITTED BY:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM