Form dn009certmdsch (Rev. 4/17)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 14–02150–NPO
**Chapter:** 13

**In re:**

| | |
|---|---|
| Lonnie P Walker<br>1060 Old Hwy 27 Rd. #1<br>Crystal Springs, MS 39059 | Aretha R Walker<br>1060 Old Hwy 27 Rd. #1<br>Crystal Springs, MS 39059 |

**To: Debtor and his attorney**, if any:

### Notice of Deficiency

**Notice is hereby given that** the Debtor and Joint Debtor have not filed a Certification and Motion for Entry of Discharge (the "Certification/Motion") as directed by the Clerk's *"Notice of Requirements to File Certification and Motion for Entry of Discharge"* issued October 20, 2018.

**You are further notified**, unless the Certification/Motion is filed prior to the filing of the Chapter 13 Final Report and Account, the above–referenced case will be closed without discharge and without further notice from the Court.*

The Certification/Motion (Local Form MSSB–M13–1) is available on the Court's Website at www.mssb.uscourts.gov.

Dated: November 20, 2018          Danny L. Miller, Clerk of Court
                                  501 East Court Street, Suite 2.300
                                  P.O. Box 2448
                                  Jackson, MS 39225–2448
                                  601–608–4600

*If the case is closed and the debtor still seeks a discharge, a motion and notice to reopen the case to allow the debtor to file Certification and Motion for Entry of Discharge and the accompanying filing fee will be required.