## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: LONNIE P. WALKER**  **CASE NO.: 14-02150-NPO**
**ARETHA R. WALKER**  **CHAPTER: 13**

### AGREED ORDER

**THIS DAY**, Motion for Entry of Discharge (Dk# 70) filed by the Debtors and the Objection to Motion for Entry of Discharge (Dk#71) filed by U.S. Bank National Associationas Trustee of Chalet Series III Trust ("Creditor"), in the above styled and numbered case, came on for consideration and the Court has been advised that the parties have reached the following agreement:

1.  Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a deed of trust affecting property of Debtors is located at 1060 Old Highway 27 Road #1, Crystal Springs, MS 39059. The Note and Deed of Trust is payable in monthly installments and the property affected is the home of the Debtors.

2.  The monthly mortgage payments were to be paid direct and outside the plan, and the Debtor is in default on post-petition monthly mortgage payments from January 2016 through January 2019 for a total amount of due of $32,405.24. For this reason, the Debtors have failed to make all payments under the plan.

3.  The parties agree that the Debtors are responsible for the delinquency in the amount of $32,405.24 to Creditor and may still be Discharged from the Bankrupcty.

4.  The Objection to Motion for Entry of Discharge (Dk#71) is hereby resolved.

##END OF ORDER##

APPROVED:

**/s/ Elizabeth Crowell**
Elizabeth Crowell
Attorney for Creditor


**/s/ Robert Rex McRaney, Jr.    (via email)**
Robert Rex McRaney, Jr.
Attorney for Debtor


**/s/ Justin B. Jones, Attorney for Trustee    (via email)**
Harold H. Barkley, Jr. , Trustee
Or Attorney for Trustee


Presented by:
Elizabeth Crowell MSB# 103676
Dean Morris, LLC
1820 Avenue of America
Monroe, La. 71201
Telephone No: (318) 330-9020
elizabeth.crowell@ms.creditorlawyers.com